**NEW ENGLAND REGIONAL COUNCIL OF CARPENTERS, AFL-CIO**

# United Brotherhood of Carpenters and Joiners of America

LOCAL 51
760 ADAMS STREET, 2ND FLOOR
DORCHESTER, MA 02122



HENRY J. WELSH
BUSINESS MANAGER
CARPENTERS, MILL-CABINET & INDUSTRIAL WORKERS

TELEPHONE (617) 265-3444
TOLL FREE (877) 269-0051
FAX (617) 265-3437

## MEMORANDUM OF AGREEMENT

The following is a Memorandum of Agreement between Children's Hospital and Carpenters, Mill-Cabinet and Industrial Workers Local Union 51 on behalf of Mr. Paul DeGrandis:

All parties hereby agree as a full and final resolution of the Union's grievance for Mr. Paul DeGrandis over proposed discipline for poor work performance, that any further failure to comply with the Employer's generally applicable work standards during the 12 month period following the date of this agreement shall be grounds for immediate termination, and that termination on that basis shall not be subject to the grievance and arbitration provision of the parties' collective bargaining agreement.

Children's Hospital

_____
Name: Paul Williams

_____
Title: Dir Engineering

_____
Date: 7/31/07

Carpenters, Mill-Cabinet & Industrial
Workers Local Union 51

_____
Name: Henry J Welsh

_____
Title: BM/FS L451

_____
Date: 7/31/07

_____
Paul DeGrandis

_____
Date: 7/31/07