UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL DEGRANDIS,<br><br>            Plaintiff,<br><br>v.<br><br>CHILDREN'S HOSPITAL BOSTON,<br><br>            Defendant. | Civil Action No.: 1:14-cv-10416-FDS |

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for the Parties on behalf of their respective clients, that the above-captioned case is hereby dismissed with prejudice under Fed. R. Civ. P. 41(a)(1)(A) without attorneys' fees or costs to either side and with all rights of appeal waived.

RESPECTFULLY SUBMITTED BY:

| | |
|---|---|
| PAUL DEGRANDIS<br>By His Attorney,<br>THE LAW FIRM OF ATTORNEY<br>JENNIFER O'BRIEN<br><br> s/ Jennifer A. O'Brien<br>Jennifer A. O'Brien, BBO No. 644477<br>The Law Firm of Jennifer O'Brien<br>51 Woodside Drive<br>Whitinsville, MA 01588<br>(508) 414-2269<br>jbrysonobrien@comcast.net | CHILDREN'S HOSPITAL BOSTON<br>By Its Attorney,<br>SPRUCE LAW LLC<br><br><br> s/ Katherine Young Fergus<br>Tracey E. Spruce, BBO No. 638124<br>Katherine Y. Fergus, BBO No. 637989<br>Spruce Law LLC<br>35 New England Business Center Drive<br>Suite 220<br>Andover, MA 01710<br>(978) 296-3030<br>tspruce@sprucelawllc.com<br>kfergus@sprucelawllc.com |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system on February 2, 2017 will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                /s/ Katherine Young Fergus